## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                                                  Plaintiff,

v.
                                                  Case No.:
                                                  1:22−cv−03634
                                                  Honorable Joan H.
                                                  Lefkow

JLL Construction Services, Inc., et al.

                                                  Defendant.

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: settlement conference. (ags) Mailed notice.

Dated: January 7, 2026

                                                                           /s/ Joan H. Lefkow

                                                                 United States District Judge