# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:22−cv−03634

Honorable Joan H. Lefkow

JLL Construction Services, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

MINUTE entry before the Honorable Albert Berry III: Judge Lefkow has referred this case here for settlement conference. [53]. The parties are requested to select three mutually convenient dates, which my courtroom deputy will provide. By 1/14/26, counsel shall send one email to Chambers_Berry@ilnd.uscourts.gov, with those dates. After a date is selected, instructions on proceeding further will be entered on the docket. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.