IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br>                      Plaintiffs, <br><br>  v. <br><br>JLL CONSTRUCTION, SERVICES, INC., an Illinois corporation, JLL CONSTRUCTION, INC., an involuntarily dissolved Illinois corporation, and JERRY LEWIS, individually, <br><br>                      Defendants. | Case No. 22-C-03634 <br><br>Honorable Judge Lefkow <br><br>Magistrate Judge Berry III |

**AGREED PLAINTIFFS' MOTION TO EXTEND
TIME FOR PRE-SETTLEMENT MEETING**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Welfare Fund, Retiree Health and Welfare Fund, and Catherine Wenskus, Administrator of the Funds, (collectively the "Funds,"), and hereby move to extend time for the pre-settlement conference meeting in this case. In support of this motion the Plaintiffs state as follows:

1. This case is set for a virtual settlement conference before Magistrate Judge Berry III at 1 p.m. on April 21, 2026 and the Parties have reserved and calendared this time.

2. The Magistrate Judge entered an order, setting additional dates for the Parties to exchange proposals prior to that settlement conference date, and further set a pre-settlement conference date of February 4, 2026 for a virtual meeting at 10 a.m. to be attended by the Parties' respective counsel (See Docket No. 55).

3. Plaintiffs' counsel is unable to attend the pre-meeting on February 4, 2026, as she will be boarding a airplane on that date at that time, and is therefore requesting the time for the pre-meeting date be extended to another date.

4. The Parties counsel have conferred and Defendants' counsel has no objection to extending the date for this pre-meeting to any time on February 20, 2026, or on February 12, 2026 at 1pm or after that time on that date.

Wherefore, Plaintiffs respectfully move the Court to extend time for counsel to meet with the Magistrate Judge in a virtual pre-settlement meeting on February 20, 2026, or on February 12 at 1pm or thereafter, and that the presently scheduled February 4, 2026 date be stricken.

January 29, 2026                                    Respectfully submitted,

                                                    /s/ Sara S. Schumann

Sara S. Schumann
Associate Fund Counsel
Laborers' Pension and Welfare Funds
11465 W Cermak Rd
Westchester, IL 60154
SaraS@Chilpwf.com
(312) 692-1497

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that she caused a copy of the foregoing Agreed Motion to Extend Time for Pre-Meeting to be served by filing it with the Court's electronic filing system to all those who receive such service, including the following persons and entity on the 29th day of January 2026.

> Todd A. Miller
> Kathleen M. Cahill
> Allocco, Miller & Cahill, P.C.
> 20 N. Wacker Dr., Suite 3516
> Chicago, IL 60606
> tam@alloccomiller.com
> kmc@alloccomiller.com
> (*Counsel for Defendants*)

                                                    /s/ Sara S. Schumann