## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                                              Plaintiff,

v.                                                 Case No.:
                                                       1:22−cv−03634

                                                       Honorable Joan H.
                                                       Lefkow

JLL Construction Services, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

      MINUTE entry before the Honorable Albert Berry III: Pre−settlement conference held on 2/12/26. Agenda items associated with the conference were discussed in open Court. Ex parte calls with both parties will be scheduled closer to the date of the settlement conference. The settlement conference scheduled for 4/21/26 shall stand. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.