## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

|  | Plaintiff, |
| --- | --- |

v.

Case No.:
1:22–cv–03634

Honorable Joan H.
Lefkow

JLL Construction Services, Inc., et al.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2026:

MINUTE entry before the Honorable Albert Berry III: The settlement conference scheduled for 4/21/26 is stricken. The Court received a voicemail from Plaintiff's and Defendant's counsel regarding tragic news relating to defendant in the case. The Court expresses its sincere condolences to the family and friends of the defendant. As the case was referred here only for a settlement conference, which can no longer go forward, all matters related to the referral of this action are resolved. The case is returned to the assigned District Judge. Any deadlines pending or hearings scheduled before Judge Berry III are stricken. Referral terminated. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.