**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL PENSION FUND,** | ) | |
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL WELFARE FUND,** | ) | |
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL RETIREE HEALTH** | ) | |
| **AND WELFARE FUND, and CATHERINE** | ) | |
| **WENSKUS, not individually but as** | ) | |
| **Administrator of the Funds,** | ) | **Case no. 22 C 3634** |
| **Plaintiffs,** | ) | |
| | ) | **Honorable Joan H. Lefkow** |
| **v.** | ) | |
| | ) | |
| **JLL CONSTRUCTION, SERVICES, INC., an** | ) | |
| **Illinois corporation, JLL CONSTRUCTION,** | ) | |
| **INC., an involuntarily dissolved Illinois** | ) | |
| **corporation, and JERRY LEWIS, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT PURSUANT TO**
**THE COURT'S JUNE 22, 2026 ORDER**

NOW COME Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Welfare Fund, Retiree Health and Welfare Fund, and Catherine Wenskus, Administrator of the Funds (collectively the "Funds,"), by and through their attorney, Sara S. Schumann, and Defendants JLL Construction Services, Inc., JLL Construction, Inc., and Jerry Lewis, individually (collectively "JLL"), by and through their attorney, Todd A. Miller, and hereby submit this Updated Joint Status Report ("Report") in the above captioned case, per this Court's June 22, 2026 order (See Docket No. 65), as follows:

1. Funds filed this action, on July 13, 2022, alleging JLL failed to timely comply with an audit, covering July 1, 2018 through December 31, 2022 ("Audit 2"), and failed to pay amounts found owed in the prior audit, covering August 1, 2016 through June 30, 2018 ("Audit 1"). Funds

sued Jerry Lewis, individually per his personal guaranty from a prior installment note. Further Funds sought damages from the Audits, including unpaid principal benefit contributions and dues, liquidated damages, accumulated interest, audit costs and Funds' attorneys' fees and costs.

2. Funds are multi-employer ERISA benefit funds of which JLL was a contributing employer. As such, JLL was obligated to submit and timely pay Funds for its monthly reports for all benefit contributions and dues owed, per JLL's CBA with the Construction and General Laborers' District Council of Chicago & Vicinity ("Union").

3. Audit 1 and Audit 2 were finalized, after JLL had the opportunity to challenge both Audits and did. JLL's challenges were then reviewed by the auditors and the respective Audits revised accordingly. Then third-parties turnover JLL's receivables to Funds toward the principal owed for Audit 1, such that Audit 1's principal findings were satisfied.

4. To date, the total remaining owed for both Audits is $474,702.73. But, the only remaining principal included in that amount is the $88,631.25 principal balance on Audit 2, after Mr. Lewis paid $30,000 toward this debt and prior to his untimely death in March 2026.

5. Since Mr. Lewis's death, Funds' and Defendants' counsel are in discussion on how to resolve the outstanding debt, which Mr. Lewis had agreed on at least paying the remaining principal. Defendants' counsel was engaged to represent Mrs. Lewis and the Parties are trying to settle this matter on an agreed judgment. To that end, Funds will need to substitute The Estate of Mr. Lewis for the deceased, and the undersigned will draft the motion in the next week.

As such, the Parties respectfully request the Court status of July 12, 2026, be struck and the matter continued for at least 30 days, so the Parties can attempt to settle this case.

Respectfully submitted,

On behalf of:

2

Laborers' Pension and Welfare Funds, et al.,
By:  /s/ Sara S. Schumann
*One of Plaintiffs' attorneys*

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1497
SaraS@chilpwf.com

JLL Construction Services, Inc., et al.,
By:  /s/Todd A. Miller
*One of Defendants' attorneys*

Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4326
tam@alloccomiller.com

August 10, 2026

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she caused a copy of the foregoing Updated Joint Status Report to be served by filing it with the Court's electronic filing system to all those who receive such service, including the following persons and entity on the 10th day of August 2026.

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Dr., Suite 3516
Chicago, IL 60606
tam@alloccomiller.com
kmc@alloccomiller.com
(*Counsel for Defendants*)

/s/ Sara S. Schumann

3