**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                                                    Plaintiff,

v.                                                               Case No.:
                                                                 1:22–cv–03634
                                                                 Honorable Joan H.
                                                                 Lefkow

JLL Construction Services, Inc., et al.

                                                    Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 10, 2026:

     MINUTE entry before the Honorable Joan H. Lefkow: The status hearing set for 8/12/2026 is stricken and reset to 9/9/2026 at 9:30 a.m. in courtroom 2201. The parties may file a joint status report by 9/4/2026 if no status hearing is needed. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.