**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,** | ) | **Case no. 22 C 3634** |
| **Plaintiffs,** | ) | **Honorable Joan H. Lefkow** |
| **v.** | ) | |
| **JLL CONSTRUCTION, SERVICES, INC., an Illinois corporation, JLL CONSTRUCTION, INC., an involuntarily dissolved Illinois corporation, and JERRY LEWIS, individually,** | ) | |
| **Defendants.** | ) | |

**AGREED STIPULATION OF JUDGMENT**

NOW COME Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Welfare Fund, Retiree Health and Welfare Fund, and Catherine Wenskus, Administrator of the Funds (collectively the "Funds,"), by and through their attorney, Sara S. Schumann, and Defendants JLL Construction Services, Inc., JLL Construction, Inc., and Jerry Lewis, individually (collectively herein "JLL"), by and through their attorney, Todd A. Miller, and hereby submit this Agreed Stipulation of Judgment ("Judgment") in the above captioned case,

1. The Parties wish to globally resolve the fringe benefits audits conducted of signatory JLL Construction Services, Inc., JLL Construction, Inc., covering the periods of August 1, 2016 to June 30, 2018, and July 1, 2018 to December 31, 2022, as to which

Defendant Jerry Lewis and his heirs and assigns are individually liable per his personal guaranty of a prior Note with the Funds.

2. The Parties hereby agree and stipulate that judgment shall be entered in favor of the Funds and against Defendants, jointly and severally, in the total amount of one hundred thousand dollars ($100,00.00), as follows:

a. $88,689.80 in fringe benefits and union dues found owing pursuant to the fringe benefit audit conducted for the period of July 1, 2018 through December 31, 2022;

b. $11,310.20 toward interest and fees.

3. This Agreed Stipulation of Judgment when fully paid resolves all debts owed to the Funds by JLL, including individual liability assessed by the Funds upon Jerry Lewis and his heirs and assigns pursuant to Mr. Lewis's personal guaranty.

4. Post-judgment interest shall accrue on the judgment amount from the date of the Judgment Order until the judgment is satisfied.

On behalf of:

Chicago & Vicinity Laborers' District Council Pension and Welfare Funds, et al.,

By: /s/ Sara S. Schumann
*One of Plaintiffs' attorneys*

Office of Fund Counsel
11465 W. Cermak Rd.
Chicago, IL 60604
(312) 692-1497
SaraS@chilpwf.com

JLL Construction Services, Inc., et al.,

By: /s/Todd A. Miller
*One of Defendants' attorneys*

Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4326
tam@alloccomiller.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that she caused copies of the foregoing Agreed Stipulation of Judgment upon the following persons via the Court's electronic notification system or email this 4th day of September, 2026.

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Dr., Suite 3516
Chicago, IL 60606
tam@alloccomiller.com
kmc@alloccomiller.com
(*Counsel for Defendants*)

/s/Sara S. Schumann