**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**Chicago & Vicinity Laborers' District Council Pension Fund, et al.**,

Plaintiffs,

v.

**JLL Construction Services, Inc., et al.,**

Defendants.

Case No. 22 C 3634

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiffs in the amount of $100,000.00 divided as follows: $88,689.80 in fringe benefits and union dues found owing pursuant to the fringe benefit audit conducted for the period of July 1, 2018 through December 31, 2022 with $11,310.20 toward interest and fees.
and against defendants

which ☐ includes $ pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues. Plaintiff shall recover costs from defendants.

---

☐ in favor of defendant
and against plaintiff

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 9/15/2026.

Date: 9/15/2026

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk