**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,** | ) | **Case no. 22 C 3634** |
| **Plaintiffs,** | ) | |
| | ) | **Honorable Joan H. Lefkow** |
| **v.** | ) | |
| **JLL CONSTRUCTION, SERVICES, INC., an Illinois corporation, JLL CONSTRUCTION, INC., an involuntarily dissolved Illinois corporation, and JERRY LEWIS, individually,** | ) | |
| **Defendants.** | ) | |

**AGREED JUDGMENT ORDER**

This matter having been heard and by agreement between Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Welfare Fund, Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (hereinafter referred to as the "Funds,") by their attorney, Sara S. Schumann, and Defendants JLL Construction Services, Inc., JLL Construction, Inc., and Jerry Lewis, individually, by and through its attorney Todd A. Miller of the firm of Allocco, Miller & Cahill and hereby agree to the entry of an agreed judgment which states as follows:

**IT IS HEREBY ORDERED THAT**:

Judgment is entered on Counts I, II, III and IV of the Complaint in favor of Plaintiffs the Funds and against Defendants JLL Construction Services, Inc., JLL Construction, Inc., and Jerry

Lewis, jointly and severally in the total amount of one hundred thousand dollars ($100,000) for the following amounts:

- $88,689.80 in benefit contributions and union dues from an audit covering the period of July 1, 2018 through December 31, 2022.
- $11,310.20 toward the accumulated interest and Funds' fees.

Post judgment interest shall accrue. Plaintiffs will recover costs from Defendants. Counsel for Defendants was presented with a copy of this Agreed Judgment Order and has no objection to its contents or entry.

ENTER:

Joan H. Lefkow

Honorable Joan H. Lefkow
United States District Court Judge

Dated: September 15, 2026